35758. UNITED STATES FIDELITY & GUARANTY COMPANY *et al.*
*v.* CROFT.

QUILLIAN, J. The judgment of this court affirming the judgment of the trial court having been reversed by the Supreme Court (*Ladson Motor Co.* v. *Croft*, 212 *Ga.* 275, 92 S. E. 2d 103), the judgment of affirmance by this court is hereby vacated and the judgment of the trial court is *Reversed. Felton, C. J., Gardner, P. J., Townsend, Carlisle, and Nichols, JJ., concur.*

DECIDED APRIL 11, 1956.

*Whelchel & Whelchel*, for plaintiff in error.
*Short & Slocumb, Robert H. Cranford*, contra.